**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant True Software Scandinavia AB*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, EDWIN MALDINADO, SCOTT MALONEY, JUSTYNA MALONY, and PATRICK COLLIGAN,<br><br>*Plaintiffs,*<br><br>v.<br><br>TRUE SOFTWARE SCANDINAVIA AB, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>*Defendants.* | Case No.: 25-cv-07650<br><br>Civil Action<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), the undersigned counsel for Defendant True Software Scandinavia AB ("True Software"), certifies as follows:

1. True Software is a non-governmental entity.

2. True Software is a private limited liability company registered at Bolagsverket with its principal place of business in Stockholm, Sweden.

3. True Software's parent company is Truecaller AB, which is a publicly traded company listed on the Nasdaq Stockholm and owns 100% of True Software's stock.

DATED: June 5, 2025                     Respectfully submitted,

*/s/ Kelly M. Purcaro*
**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant True Software Scandinavia AB*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025, I filed a true and correct copy of the foregoing with the court. The Parties may access this filing through the Court's system. In addition, a copy was served via email upon:

| | |
|---|---|
| PEM LAW LLP | MORGAN & MORGAN |
| Rajiv D. Parikh | COMPLEX LITIGATION GROUP |
| Kathleen Barnett Einhorn | John A. Yanchunis |

Jessica A. Merejo
1 Boland Drive, Suite 1010
West Orange, New Jersey 07052
rparikh@pemlawfirm.com
jmerejo@pemlawfirm.com
tkraft@pemlawfirm.com

Ross F. Berlin
201 N. Franklin St., 7th Floor
Tampa, Florida 33602
jyanchunis@forthepeople.com
ross.berlin@forthepeople.com

*/s/ Kelly M. Purcaro*
Kelly M. Purcaro