**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8734
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant True Software Scandinavia AB*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, EDWIN MALDINADO, SCOTT MALONEY, JUSTYNA MALONY, and PATRICK COLLIGAN,<br><br>*Plaintiffs,*<br><br>v.<br><br>TRUE SOFTWARE SCANDINAVIA AB, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>*Defendants.* | Case No.: 25-cv-07650<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN of the entry of the undersigned as counsel for

Defendant, True Software Scandinavia AB, in the above-entitled action. All further

notices and copies of pleadings, papers, and other relevant material to this action should be directed to and served upon:

Kelly M. Purcaro, Esq.
**GREENSPOON MARDER LLP**
1037 Raymond Blvd, Suite 900
Newark, New Jersey 07102
Tel: (732) 456-8734
Fax: 732-957-2314
Kelly.Purcaro@gmlaw.com

DATED: June 6, 2025

Respectfully submitted,

*/s/ Kelly M. Purcaro*
**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8734
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant True Software Scandinavia AB*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2025, I filed a true and correct copy of the foregoing with the court. The Parties may access this filing through the Court's system. In addition, a copy was served via email upon:

| | |
|---|---|
| PEM LAW LLP<br>Rajiv D. Parikh<br>Kathleen Barnett Einhorn<br>Jessica A. Merejo<br>1 Boland Drive, Suite 1010<br>West Orange, New Jersey 07052<br>rparikh@pemlawfirm.com<br>jmerejo@pemlawfirm.com<br>tkraft@pemlawfirm.com | MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>John A. Yanchunis<br>Ross F. Berlin<br>201 N. Franklin St., 7th Floor<br>Tampa, Florida 33602<br>jyanchunis@forthepeople.com<br>ross.berlin@forthepeople.com |

*/s/ Kelly M. Purcaro*
KELLY M. PURCARO, ESQ.