```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY CORPORATION, :        CIVIL ACTION
et al.                          :
                                :
        v.                      :
                                :
TRUE SOFTWARE SCANDINAVIA AB,   :        NO. 25-7650
et al.                          :
```

ORDER

AND NOW, this 9th day of June 2025, it is hereby ORDERED that the court will hold a status conference in the above-captioned action immediately following the oral argument and status conference set to be held in related Atlas Data Privacy cases on **Monday, June 16, 2025 at 10:00 AM** in Courtroom No. 1 in the United States Courthouse in Camden, New Jersey, as set forth in the court's order dated May 22, 2025. See, e.g., Order, Atlas Data Privacy Corp. v. We Inform, LLC., 24-cv-4037 (D.N.J. filed May 22, 2025) (Doc. #59).

BY THE COURT:


/s/  Harvey Bartle III
                              J.