**GreenspoonMarder**LLP

Kelly Purcaro, Partner
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8734
Direct Fax: 732.957.2298
Email: kelly.purcaro@gmlaw.com

June 12, 2025

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re: **Atlas Data Privacy Corp., et al. v. True Software Scandinavia AB, et al.**
            **Case No. 1:25-cv-07650-HB**
            **Joinder in Defendants' Consolidated Motions to Dismiss**

Dear Judge Bartle:

    This firm represents Defendant True Software Scandinavia AB ("True Software") in the above-referenced matter, which was recently removed to Federal Court after having only just been reinstated following dismissal for lack of prosecution in state court on June 3, 2025. True Software seeks to join the following motions:

(1)   The Consolidated Motion to Dismiss based upon constitutional challenges to Daniel's Law, which was previously filed on June 10, 2024 under Dkt. Nos. 27 and 54 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Case No. 1:24-cv-04105-HB. While True Software understands that the Court denied such Motion on November 26, 2024, True Software seeks to join the currently pending appeal of such decision. *See, e.g.*, *Atlas Data Privacy Corporation, et al. v. US Data Corporation, et al.*, Case No. 1:24-cv-07324-HB at Dkt. No. 21 (denying Motion); Dkt. No. 22 (certifying decision to the Third Circuit); and Dkt. No. 32 (granting petition to appeal).

(2)   The currently pending Consolidated Motion to Dismiss pursuant to *Fed. R. Civ. P.* 30(b)(6), which was filed under Dkt. Nos. 59 and 72 in the action captioned as *Atlas Data Privacy Corp. v. DM Group Inc., et al.,* Case No. 1:24-cv-04075-HB. For the reasons set forth in such Motion, True Software respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

(3)   The currently pending Consolidated Motion to Dismiss pursuant to *Fed. R. Civ. P.* 12(b)(2), which was filed under Dkt. 42 in the action captioned as *Atlas Data Privacy Corp. v. GoHunt, LLC, et al.*, Case No. 1:24-cv-04380-HB as well as the currently pending Consolidated Motion to Dismiss based upon both lack of

Honorable Harvey Bartle III, U.S.D.J.
June 12, 2025
Page No. 2

jurisdiction and extraterritoriality, which was filed under Dkt. 45 in the action captioned as *Atlas Data Privacy Corp. v. We Inform, LLC, et al.*, Case No. 1:24-cv-04037-HB.  In joining these Motions, although they were filed in a consolidated manner, each individual defendant joining same has nuanced and fact-specific arguments, which will require True Software to submit a supplement to such Motions outlining their applicability to True Software specifically.  We request that the Court set a deadline for such supplemental submission.

    We understand that this matter has been scheduled for a Case Management Conference on June 16, 2025 and anticipate discussing the aforementioned requests with Your Honor at that time. We await the Court's direction and scheduling of this matter.

                                          Respectfully submitted,

                                          KELLY PURCARO