**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com
*Attorneys for Defendant True Software Scandinavia AB*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONY, and PATRICK COLLIGAN,<br><br>*Plaintiffs,*<br><br>v.<br><br>TRUE SOFTWARE SCANDINAVIA AB, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>*Defendants.* | Case No. 1:25-cv-7650-HB<br><br>Civil Action<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that on December 7, 2025 or as soon thereafter as counsel may be heard, and in accordance with the schedule set forth in the September 12, 2025 Order (Dkt. No. 14), the undersigned, attorneys for Defendant True Software Scandinavia AB ("True Software"), hereby move to

dismiss Plaintiffs' Complaint with prejudice pursuant to *Fed R. Civ. P.* 12(b)(6) and *Fed. R. Civ. P.* 12(b)(2).

**PLEASE TAKE FURTHER NOTICE** that, in support thereof, True Software shall rely upon the Memorandums of Law and accompanying support previously filed as follows: (1) the facial constitutional challenge filed on June 10, 2024 under Dkt. No. 27 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Case No. 1:24-cv-04105-HB; (2) the *Fed. R. Civ. P.* 12(b)(6) motion filed on March 18, 2025 under Dkt. No. 59 in the action captioned as *Atlas Data Privacy Corp. v. DM Group Inc.,* Case No. 24-cv-04075-HB; (3) the personal jurisdiction motion filed on March 18, 2025 under Dkt. 42 in the action captioned as *Atlas Data Privacy Corp. v. GoHunt, LLC, et al.*, Case No. 1:24-cv-04380-HB; and (4) the personal jurisdiction and extraterritoriality motion filed under Dkt. 45 in the action captioned as *Atlas Data Privacy Corp. v. We Inform, LLC, et al.*, Case No. 1:24-cv-04037-HB.

**PLEASE TAKE FURTHER NOTICE** that, in further support of the Motion to Dismiss pursuant to *Fed. R. Civ. P.* 12(b)(2) and 12(b)(6), True Software shall rely upon the enclosed Supplemental Memorandum of Law, Declaration of Kory Ann Ferro, and Declaration of Ola Espelund.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

DATED:  October 17, 2025

Respectfully submitted,

*/s/ Kory Ann Ferro*
Kory Ann Ferro, Esq.
Kelly M. Purcaro, Esq.
**GREENSPOON MARDER LLP**
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel.: (732) 456-8746
KoryAnn.Ferro@gmlaw.com
Kelly.Purcaro@gmlaw.com
*Attorneys for Defendant True Software Scandinavia AB*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2025, I filed a true and correct copy of the foregoing with the Court and a copy will be served upon all Parties of record via CM/ECF.

*/s/ Kory Ann Ferro*
KORY ANN FERRO
