**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel.: (732) 456-8734
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com
*Attorneys for Defendant True Software Scandinavia AB*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONY, and PATRICK COLLIGAN,<br><br>*Plaintiffs,*<br><br>v.<br><br>TRUE SOFTWARE SCANDINAVIA AB, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>*Defendants.* | Case No.: 1:25-cv-07650-HB<br><br>Civil Action<br><br>**DECLARATION OF OLA ESPELUND IN SUPPORT OF MOTIONS TO DISMISS** |

I, Ola Espelund, being of full age and upon my oath, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would testify competently thereto.

2. I am a Board member at True Software Scandinavia AB ("True Software") and have held that position since May 2025. I have been employed at True Software since May 2021.

3. I make this Declaration in support of True Software's Motions to Dismiss.

## Motion to Dismiss for Failure to State a Claim Under *Fed. R. Civ. P.* 12(b)(6)

4. True Software developed the Truecaller App ("Truecaller"), a mobile application for identifying and blocking unknown callers.

5. True Software does not, through Truecaller or otherwise, disclose the full home addresses or telephone numbers publicly to any third parties. Truecaller's services can only be accessed by individuals who sign up and agree to its terms and privacy policy.

6. Truecaller provides phone number lookup, caller identification, spam detection, and other communication-related features.

   a. Features available to iOS users are listed at https://www.truecaller.com/truecaller-for-ios.

   b. Features available to Android users are listed at https://www.truecaller.com/truecaller-for-android.

7. The caller identification tool identifies unknown callers who are calling the subscriber's phone. In other words, when an incoming call appears on the

subscriber's mobile device, Truecaller analyzes the incoming number and cross-references it with Truecaller's database, which includes information crowdsourced mainly from subscribers and public directories. The system then provides the subscriber with relevant information about the caller, such as name or contextual information such as likely business, allowing the subscriber to make informed decisions about whether to answer the call or not. *See* https://www.truecaller.com/caller-id; *see also* https://www.truecaller.com/send-whatsapp-without-saving-number-and-message-caller-id-for-messaging-apps?utm_source=WebMain&utm_medium=Footer (the same tool for WhatsApp calls and messages you receive). In short, Truecaller's caller identification tool identifies the person or company associated with the phone number who is calling a subscriber.

8. The spam detection tool similarly identifies incoming calls to a subscriber's mobile device as unwanted spam and enables the subscriber to block future incoming calls from such phone number. *See* https://www.truecaller.com/spam-blocking?utm_source=WebMain&utm_medium=Footer; *see also* https://www.truecaller.com/scam-alert (a tool to help protect against scam calls you receive).

9. The phone number lookup tool allows a subscriber to input a phone

number already in his or her possession to look up, using Truecaller's database, who is associated with such number and identify if same may be associated with fraud or spam. S*ee* https://www.truecaller.com/reverse-phone-number-lookup?utm_source=WebMain&utm_medium=Footer.

10. The name search tool allows premium subscribers to search for other Truecaller subscribers by name and *request* their contact details. Contact details are not automatically provided as a result of a search, consent to disclose such information is a mandatory prerequisite. To use this tool, a premium subscriber searches a name after which a "Request Contact Details" option will appear only if the person for whom the subscriber searched is within the premium subscriber's social circle of people he or she may know. The premium subscriber must then send an invitation to the person for whom they have searched. The recipient, who must also be a Truecaller subscriber, must accept the request before any phone number or address information is shared, ensuring that both parties mutually consent to the exchange of contact details. *See* https://www.truecaller.com/blog/features/name-search-in-truecaller.

11. Truecaller does not collect and display address information from its subscribers by default. Its subscribers can create an account with only his or her phone number and name. However, subscribers have the option to voluntarily add their street address, city, and postcode to their profiles. If a subscriber *chooses* to

add this information, Truecaller will display it in the caller ID and app search results (the latter shown only to premium subscribers). This address information is purely voluntary and is not required or forced by Truecaller. In the absence of this information, Truecaller displays, at most, the subscriber's state and country (obtained from an open-source phone parser library) without street-level address information.

12. As to non-subscribers, since they would not have voluntarily provided their address information to Truecaller, Truecaller can only display, at most, state and country information (obtained from an open-source phone parser library) without street-level address information. Such limited location information is only displayed when a non-subscriber either calls a Truecaller subscriber or his or her phone number is searched by a Truecaller premium subscriber who already has the non-subscriber's phone number in his or her possession. Non-subscribers' names would not generate results in the name search tool as only premium subscribers can search for other subscribers within their social circle after which both subscribers have to consent to a release of information.

13. The screenshot appearing at Paragraph 37 of Plaintiffs' Complaint cannot be generated from True Software's database, as this person resides in the United States. True Software only services Europe and only stores the data of European residents in its database which is housed in Europe. True Software does

not process or store personal data of users outside of Europe. Plaintiffs' screenshot was likely derived through one of the Plaintiffs or someone on their behalf registering for Truecaller through a separate entity that is responsible for US data and services. Any search results displayed outside Europe are generated from a separate database not operated or controlled by True Software.

14. Some other features offered, none of which involve the disclosure of home addresses or telephone numbers in any way, include:

    a. An AI call scanner to detect if calls you receive are human voices or AI generated (*see* https://www.truecaller.com/ai-call-scanner?utm_source=WebMain&utm_medium=Footer);

    b. A text message tool that helps to identify important texts you receive (https://www.truecaller.com/message-id?utm_source=WebMain&utm_medium=Footer);

    c. A call recorder to activate during calls on which you are involved (https://www.truecaller.com/call-recording?utm_source=WebMain&utm_medium=Footer);

    d. A contact manager to help you store your own contacts (https://www.truecaller.com/manage-contacts-create-edit-delete-contacts?utm_source=WebMain&utm_medium=Footer);

    e. A call platform

(https://www.truecaller.com/calling?utm_source=WebMain&utm_medium=Footer); and

f.  An instant messaging platform (https://www.truecaller.com/instant-messaging?utm_source=WebMain&utm_medium=Footer).

15. None of True Software's products or services involve disclosure of full home addresses unless subscribers voluntarily choose to add that information themselves. Additionally, True Software's products and services do not publicly disclose telephone numbers. Instead, they allow subscribers to identify incoming calls to their mobile devices and search phone numbers already in the subscriber's possession.

## Motion to Dismiss for Lack of Personal Jurisdiction Under *Fed. R. Civ. P.* 12(b)(2)

16. Truecaller AB, the parent company of True Software, is a Swedish public company listed on the Stockholm stock exchange.

17. True Software publishes the Truecaller app in Europe only.

18. True Software's principal place of business is in Stockholm, Sweden.

19. True Software's employees reside in and are citizens of Sweden.

20. True Software's website is physically hosted in Stockholm, Sweden.

21. At the time of the allegations in Plaintiffs' Complaint, and at all times thereafter, True Software:

    a.    Does not have any offices or physical locations in New Jersey.

    b.    Does not own or lease any property or otherwise have any physical presence in New Jersey.

    c.    Does not have any bank accounts in New Jersey.

    d.    Does not have any employees in New Jersey.

    e.    Does not work with any independent contractors in New Jersey.

    f.    Was and is not registered to do business in New Jersey.

    g.    Does not maintain a registered agent for service of process in New Jersey.

    h.    Does not target any advertising, marketing, or promotional materials at New Jersey residents.

    i.    Does not sell the Truecaller app or other services to citizens of New Jersey, or, indeed, the United States.

22.    While Truecaller is available globally, True Software only serves residents of the European Union, Norway, Switzerland, Iceland, Liechtenstein, and the UK ("Europe"), which is specifically stated on True Software's Terms of Service (https://www.truecaller.com/terms-of-service-eu).  Services outside the European Union are provided by a separate company.

23.    True Software does not store or maintain any personal data of individuals who reside outside of Europe.

8

24. True Software is not engaged in any business whatsoever in New Jersey or the United States.

25. Without admitting the veracity of any of the allegations in the Complaint, the Complaint alleges that the takedown requests were sent to True Software at the following email address: support@truecaller.com. Such email address does not belong to and is not operated by True Software nor is it monitored by any employee of True Software.

26. It would be unduly burdensome for True Software to litigate the claims asserted in the Complaint in New Jersey especially as True Software solely services Europe.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 17th day of October, 2025.

*DocuSigned by:*
*Ola Espelund*
2D1B78139241466...
Ola Espelund