**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com
*Attorneys for Defendant True Software Scandinavia AB*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONY, and PATRICK COLLIGAN,<br><br>*Plaintiffs,*<br><br>v.<br><br>TRUE SOFTWARE SCANDINAVIA AB, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>*Defendants.* | Case No. 1:25-cv-7650-HB<br><br>Civil Action<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

**THIS MATTER** being brought before the Court by the Defendant True Software Scandinavia AB ("True Software"), by and through its counsel, Greenspoon Marder LLP, seeking relief by way of Motion to Dismiss pursuant to *Fed. R. Civ. P*. 12(b)(6) and 12(b)(2), and the Court having considered the position

2

of all Parties, and having read and considered all arguments of counsel appearing and all documents submitted in connection with this motion, and for good cause shown;

**IT IS** on this \_\_\_\_ day of _____, 2025,

**ORDERED** that True Software's Motion to Dismiss is **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiffs' Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

_____
Hon. Harvey Bartle III