```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRUE SOFTWARE SCANDINAVIA AB, et al. | : | NO. 25-7650 |

ORDER

AND NOW, this 18th day of November 2025, notwithstanding the court's order of September 12, 2025, it is hereby ORDERED that:

(1) the plaintiffs shall file, on or before November 28, 2025 any brief in opposition to defendant's motion to dismiss under Rule 12 (b)(6) of the Federal Rules of Civil Procedure; and

(2) defendants shall file any reply brief on or before December 19, 2025.

BY THE COURT:

/s/   Harvey Bartle III
                         J.