Docusign Envelope ID: 883ABB4A-E86B-4B3C-86BF-B401E7CDBC64

**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8734
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com
*Attorneys for Defendant True Software Scandinavia AB*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, EDWIN MALDINADO, SCOTT MALONEY, JUSTYNA MALONY, and PATRICK COLLIGAN,<br><br>*Plaintiffs,*<br>v.<br><br>TRUE SOFTWARE SCANDINAVIA AB, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>*Defendants.* | Case No.: 1:25-cv-07650-HB<br><br>Civil Action<br><br>**REPLY DECLARATION OF OLA ESPELUND IN SUPPORT OF MOTIONS TO DISMISS** |

I, Ola Espelund, being of full age and upon my oath, declare as follows:

1.     I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would testify competently thereto.

2.  I am a Board member at True Software Scandinavia AB ("True Software") and have held that position since May 2025. I have been employed at True Software since May 2021.

3.  I make this Declaration in reply to Plaintiffs' opposition and in further support of True Software's Motions to Dismiss.

4.  I understand that a screenshot entitled "How is bulk enrichment helpful for me" purportedly captured from truecaller.com is attached as Exhibit C to the Certification of Counsel filed by Plaintiffs (Doc. No. 25-1).

5.  True Software does not offer such bulk enrichment service. It is solely offered by a separate entity, Truecaller International LLP, and it is my understanding, only to businesses in India.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 19th day of December, 2025.

DocuSigned by:

*Ola Espelund*

—2D1B78139241466...

Ola Espelund

12/19/2025