| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Patrick Misale | 24-4037 | NJ Attorney General (intervenor) |
| Adam Shaw | | TTS |
| Rajiv Parikh | | TTS |
| Shoshana Bannett | | TTS |
| Rahul Agarwal | | TTS |
| Vito Gagliardi | | TTS |
| | | |
| | | |
| | | |
| | | |

Case 1:25-cv-07650-HB   Document 33-1   Filed 01/07/26   Page 2 of 5 PageID: 633

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Andrew Gerber | 25-17065 | Kleissner |
| Seger D. Kanik | 24-4609 | Nuwber, Inc. |
| Angelo Stio / Melissa Chuderewicz | 24-04176  24-4664 / 24-4075 / 24-04090 | Innovis, DM Group, Property Radar / Deluxe Corp.; Rocket Reach LLC. |
| Emily Whitely | 24-08075 / 25-11870 | Smarty, LLC & Smartystreets, LLC / Sierra Creative Systems, Inc. |
| Jared Wichnovitz | 25-1517 | Greenflight Venture Corp. |
| Brian Deeney | 24-4385 | Synaptix Technology, LLC |
| H. Mark Stichel | 24-4434 | eMages.com, Inc. |
| David Murphy | 25-9963 | Sterling Data Company LLC |
| Kelly Purcaro | 24-04389 | Joy Rockwell |
| Kelly Purcaro | 24-10600 | DarkOwl |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Kelly Purcaro | 24-05658 | Searchbug |
| Kelly Purcaro | 24-07384 | US Data |
| Kelly Purcaro | 24-04383 | Accuzip |
| Kelly Purcaro | 24-05656 | Alesco |
| Kelly Purcaro | 24-05775 | Amerilist |
| Kelly Purcaro | 25-12137 | AGR Marketing |
| Kelly Purcaro | 25-06863 | RED X |
| Kelly Purcaro | 25-07650 | The software |
| Jared Levy, wood smith Henning & Bergman LLP | 25-1590 | Compact Information systems, LLC, Accudata Integrated Marketing, Inc |
| " | " | Alumni-finder, ASL Marketing, Inc. College Board Services, Deepsync Labs, Home data, and Student Research Group |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
| --- | --- | --- |
| Ashley Varghese GRSM | 24 - 4098 | Quantarium Ailiana, LLC |
| Ashley Varghese GRSM | 25 - 1535 | Innovative Web Solutions |
| Ashley Vargha GRSM | 24 - 4602 | Nubber Inc |
| Hannah Scionti | 24 - 4160 <br> 24 - 4141 <br> 24 - 4143 | Scalable Commerce; National Data Analytics <br> Digital Safety Products <br> Civil Data Research |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
| --- | --- | --- |
| Nicole Khadavian STINSON LLP | 24-cv-04345 | 1300, LLC |
| Jordan O'Donnell Mullen Coughlin LLC | 25-05989 | PublicNSA, LLC |
| Victor Suttamanoont | 25-civ-17065 | Kleisner Investments LLC |
| Michael Berry | 24-4269 | West Publishing, TREC |
| Marcel Pratt | 24-4269 | West Publishing, TRU |
| Aaron VanNostrand | 24-4380 | Go Hunt |
| Aaron VanNostrand | 25-8617 | Brooks IM |
| Omar Masruf | 24-4292 | Melissa Dautra Corp? |
| Joshua Elias | 24-4261 | Equimine |
| Krista Rose | 24-4256 | Zillow, Inc. |