```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| NUWBER, INC., et al. | : | NO. 24-4609 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| SPY DIALER, INC., et al. | : | NO. 24-11023 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| TRUE SOFTWARE SCANDINAVIA AB, et al. | : | NO. 25-7650 |

ORDER

AND NOW, this 8th day of January 2026, after a status conference with counsel, it is hereby ORDERED that:

(1) Plaintiffs shall file on or before January 21, 2026 any briefs in opposition to defendants' motions to dismiss for lack of personal jurisdiction; and

(2) Defendants shall file any reply briefs on or before February 2, 2026.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.