# GreenspoonMarder LLP

KoryAnn Ferro, Senior Counsel
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8746
Direct Fax: 732.957.2314
Email: koryann.ferro@gmlaw.com

January 27, 2026

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    *Atlas Data Privacy Corp., et al. v. True Software Scandinavia AB, et al.*
            **(Case No. 1:25-cv-07650-HB)**

Dear Judge Bartle:

    This firm represents Defendant True Software Scandinavia AB ("True Software") in the above-referenced matter. I write *with consent of Plaintiffs' counsel* to request an extension of True Software's time to file its reply on its Motion to Dismiss for lack of personal jurisdiction from February 2, 2026 until **February 10, 2026**. This is the first such extension request for this Motion and it will *not* alter the February 17, 2026 return date.

    Good cause exists for this brief extension due to the delay in True Software's receipt of Plaintiffs' opposition. Specifically, in accordance with Your Honor's January 8, 2026 Order (Doc. No. 34), Plaintiffs were to file any opposition by January 21, 2026. Due to confidentiality issues with Plaintiffs' opposition (*see* Doc No. 37), True Software was unable to access the opposition on the docket and only received a copy from Plaintiffs on January 25, 2026.

    Thank you for Your Honor's consideration.

                                          Respectfully submitted,

                                          GREENSPOON MARDER LLP

                                          Kory Ann Ferro, Senior Counsel

cc    All Counsel of Record (*Via ECF*)