```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY              :    CIVIL ACTION
CORPORATION, et al.             :
                                :
     v.                         :
                                :
TRUE SOFTWARE SCANDINAVIA AB,   :    NO. 25-7650
et al.                          :
```

ORDER

AND NOW, this 28th day of January 2026, it is hereby ORDERED that the unopposed letter request of Defendant True Software Scandinavia AB for an extension of time to file its reply in support of its motion to dismiss for lack of personal jurisdiction, dated January 27, 2026 (Doc. # 37) is GRANTED. Defendant shall file its reply brief on or before February 10, 2026.

                              BY THE COURT:


                              /s/  Harvey Bartle III
                                                    J.