UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   February 18, 2026

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   KIMBERLY WILSON

**TITLE OF CASE:**           **DOCKET NO.:** 25-7650 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
TRUE SOFTWARE SCANDANAVIA AB, et al.

**APPEARANCES:**
Elliot Harvey Schatmeier, Esq., Eric Palmer, Esq., and Adam Shaw, Esq., for Plaintiffs.
Kory Ann Ferro, Esq., for Defendant.

**NATURE OF PROCEEDINGS**:   HEARING ON [16] MOTION TO DISMISS

Hearing on [16] Motion to Dismiss held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 11:48a.m.    Time Adjourned: 12:15p.m.    Total Time in Court: 0:27