# Exhibit C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

--o0o--

ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, and PATRICK COLLIGAN,

Plaintiffs,

Vs.                    Case No. 1:25-cv-05989-HB

PUBLICNSA, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities

Defendants.

_____/

--o0o--

FRIDAY, DECEMBER 19, 2025

--o0o--

VIDEOTAPED DEPOSITION OF BRAD MACK

--o0o--

Reported By:  CAROL S. NYGARD
              California CSR No. 4018
              Nevada CCR 915

Page 1

our customers that you requested from X years and to    08:25

review their addresses, and to look up where they're    08:25

registered, and to make sure that I got that correct on    08:25

how many customers we have from New Jersey.    08:25

Q.    Okay.  And did you review any other    08:25

information from other either documents or information    08:25

in your database to prepare for -- to testify today?    08:26

A.    I'd have to look at the questions.  I haven't    08:26

memorized the questions.    08:26

As we go through, I'll point it out, but for    08:26

now I think it was pretty straightforward.    08:26

Q.    Okay.  And I believe you said that you're the    08:26

CEO of PUBLICNSA, Mr. Mack?    08:26

Is that correct, you're the CEO?    08:26

A.    Yes.    08:26

Q.    And how long have you been the CEO of    08:26

PUBLICNSA?    08:26

A.    We started in 2014, moved our registration in    08:26

20 -- I'm guessing 2019, and full-time worked here since    08:26

2016.    08:26

Q.    What do you mean, you moved your registration?    08:26

A.    I moved from North Carolina to Florida, and    08:26

the registration I moved with me, with the -- I guess    08:27

the EIN number, or whatever you have to do to be    08:27

registered in the State of Florida as a business.    08:27

Page 17

Q.    Okay.  And are your customers individuals?    08:29

Are they companies?    08:29

Are they governmental bodies?    08:29

A.    No government.    08:29

All, you know, different type, sizes, of    08:29
customers.    08:29

We really don't deal with small customers.  We    08:29
have some rules.  We only work with customers that have    08:29
good causes, and, secondly, we make sure that they have    08:29
privacy policies on their website, and we're very strict    08:29
about that, and those are the type of customers we deal    08:29
with.    08:29

Q.    Okay.  What do you mean by "good causes"?    08:29

A.    With the new country clause, as an example,    08:29
for data, if you have data in the U.S., you can't deal    08:29
with Russia, China, Iran.    08:29

We try to follow every possible rule, and if    08:29
we in our discovery find out that we don't want to work    08:29
with a customer because they don't have a published    08:30
privacy policy or what they're going to do with our    08:30
technology and our data doesn't meet our standards, we    08:30
will not work with them.    08:30

Q.    Okay.  We'll -- we'll come back to kind of    08:30
that process a little later in the deposition.    08:30

A.    Okay.    08:30

Page 19

Q.    What --

Is it fair to say that your company sells and repackages data for its customers?

A.    No, we do not sell data.  We license data.

Q.    Okay.  So you provide --

Is it fair to say then that you provide data to your customers?

A.    I would stick to licensing data.

Q.    What distinction are you making between "licensing" and "providing"?

A.    Well, in all our master service agreements we have the word "licensed," and we specifically call out we don't sell data, we license it.

So it's licensed data.

I can see what you mean by "provide," as long as providing it is via license.

Q.    Okay.  So you pro --

Fair to say that you provide certain data to your customers pursuant to a license agreement?

A.    Yes.

Q.    Okay.  And that includes consumer data?

A.    Correct.

Q.    Okay.  And consumer data includes names, telephone numbers, home addresses and other identifying information?

Page 20

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

BIGDBM are security and privacy.  Those are my two main    08:33

missions, making sure that we follow every federal,    08:33

state and local law; and, two, security, making sure our    08:33

security policies follow all industry standards.    08:33

Q.    Okay.    08:33

A.    And then my other -- my other duties would be    08:33

to make sure that we're profitable and that we are --    08:33

Let me leave it at those three.  I'll stay    08:33

with those.    08:33

Q.    Okay.  On the privacy portion that you've just    08:33

identified, I believe you said that your responsibility    08:33

is to make sure you're complying with every federal,    08:33

state, and local privacy policy; right?    08:33

A.    Every known --    08:33

I should have said "every known."    08:33

That's a very fluid statement for me because    08:34

it's very fluid.    08:34

There's new laws that we're publishing today    08:34

from our privacy policy that stay ahead of, and we    08:34

try to keep up with the fluid privacy laws that are    08:34

occurring in the U.S. today.    08:34

Q.    Okay.  And are you keeping on top of privacy    08:34

laws in every state in the U.S.?    08:34

A.    We have a separate attorney, a firm, that    08:34

manages our privacy for us.    08:34

Page 22

don't knowingly break any laws.                          08:38

Q.    Okay.  And so you've asked them to advise you    08:38
on New Jersey privacy poly -- policy as part of that     08:38
scope; correct?                                          08:38

MR. O'DONNELL:  I'm going to object and     08:38
instruct not to answer.                                  08:38

That is both privileged and outside the scope.   08:38

What he asks his attorneys to do is     08:38
privileged.                                              08:38

BY MS. BANNETT:                                          08:38

Q.    Are you familiar with the New Jersey --    08:38

As part of the scope of your duties have you    08:38
become familiar with New Jersey privacy policies?       08:38

A.    Yes.                                            08:38

Q.    Okay.  And that's because necessary -- it's a   08:38
necessary aspect of your business; correct?             08:38

MR. O'DONNELL:  Objection.  That is --   08:38

I'm going to instruct him not to answer.     08:38

Again, it's nothing to do with personal     08:38
jurisdiction.                                            08:38

BY MS. BANNETT:                                          08:38

Q.    Are your accepting your --              08:38

Are you accepting your attorney's instruction   08:39
not to answer the question?                             08:39

A.    That's why I have him here, yes.         08:39

Page 26

Yes.                                          09:32

MR. O'DONNELL:  I'm not clarifying.  I'm      09:32
asking if that is what the question is.       09:32

Yep.                                          09:32

BY MS. BANNETT:                                    09:32

Q.   Right.                                   09:32

You acquire home addresses from companies;    09:32
correct?                                      09:32

A.   Correct.                                 09:32

Q.   And you acquire telephone numbers from   09:32
companies; correct?                           09:32

A.   Correct.                                 09:32

Q.   And this includes New Jersey home --     09:32

You -- you --                                 09:32

When you talk about that, that includes New   09:32
Jersey home addresses; correct?              09:32

A.   Correct.                                 09:33

Q.   And that includes --                     09:33

You also acquire New Jersey telephone numbers; 09:33
correct?                                      09:33

A.   Correct.                                 09:33

Q.   And so some of the information that you're 09:33
acquiring from other companies is -- home addresses that 09:33
you already have; correct?                    09:33

A.   Correct.                                 09:33

Page 44



for.                                                                  09:36

    A.    Oh.                                                         09:36

          Well, it was listed in the document I sent you             09:36

for the -- or the attorney sent you.                                 09:36

          That was --                                                09:36

    Q.    Are you talking about your Interrogatory                   09:36

Responses?                                                           09:36

    A.    Yes.   Thank you.                                          09:36

Page  47



Page 48



Q.    Okay.  It may include --                    09:39

just don't know as you sit here today?            09:39

A.    That's right.                               09:39

Q.    Okay.  If it did include television --       09:39

Television.                                        09:39

A.    Yes.                                          09:39

Page 49



Page 55



Page 72



Page 75

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127



Page 79



Page 81

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127



Page 82



Page 83

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

Q.   Okay.  So it's 12.2 million adult citizens that you have home addresses for in New Jersey?   10:49

A.   Correct.   10:49

Q.   Okay.  And then 60 percent of that 12.2 million is your best estimate as you sit here today of how many phone numbers of New Jersey adult citizens you have in your database?   10:49

A.   Correct.   10:49

Q.   Okay.  And has that number substantially changed since December 2023?   10:49

A.   Substantially changed.   10:50

I doubt it.   10:50

Q.   Okay.  And, you know, we all understand maybe small changes, but we're not talking about in 2023 you only had 1 million home addresses, for example?   10:50

A.   Good example.   10:50

No, that wouldn't be the case.   10:50

Q.   Okay.  Let's discuss some of --   10:50

Let's discuss PUBLICNSA's products; okay?   10:50

A.   Let's do it.   10:50

Q.   How many products does PUBLICNSA offer?   10:50

A.   Using the taxonomy that we use to categorize our products and services, we have six.   10:51

Q.   Okay.  Can you tell me what those six products are?   10:51

Page 88

We'll -- we'll get there.                                    10:54

I just wanted to make sure that we're on the               10:54
same page with how many there are.                          10:54

Of the six, are there any that never utilize              10:54
New Jersey home addresses?                                  10:54

A.    I would say no.                                       10:54

Q.    Okay.  And are there any that never utilize          10:54
New Jersey telephone numbers?                               10:54

A.    The activation company --                             10:54

No.  I'm going to say no, there's none.          10:55

Q.    Okay.  What is "lead generation"?                     10:55

Actually, for one second I'm going to back up    10:55
and just say, when you -- when you say, you know, "our       10:55
taxonomy," you just mean your naming convention?            10:55

A.    So each product and service is a high-level --        10:55
it's a hierarchy.  It's a type of service for marketing     10:55
purposes only.  It's a type of a service with some          10:55
products underneath it.                                     10:55

Q.    Okay.  So each -- each of these -- each of            10:55
these high-level services may have some products            10:55
underneath that are offered?                                10:55

A.    Yes.                                                  10:55

Q.    Okay.  Thank you.                                     10:55

What is "lead generation"?                       10:56

A.    "Lead generation" is the process of generating  10:56

Page 91

record clear; okay?                                             11:20

A.    (Nodding head)                                           11:20

Q.    A PUBLICNSA customer -- can obtain from the              11:20
Universal Data Warehouse Consumer PII File individual          11:20
names, home addresses and telephone numbers; correct?         11:20

A.    Yes.                                                     11:20

Q.    Okay.  If a company wants to access this                 11:20
information from PUBLICNSA, how does such a transaction        11:21
begin?                                                         11:21

A.    What I said before, it's a --                           11:21
Someone could reach out to us via E-mails,                    11:21
phone call.  That's how it could begin.                       11:21

Q.    Okay.  And what information would you need               11:21
from the potential customer to move forwards?                 11:21

A.    As stated before, if you wanted me to go                11:21
through that whole process again, we're going to              11:21
research the heck out of you to make sure you're              11:21
legitimate.                                                    11:22
That whole process that I mentioned before,                   11:22
the SSL on the website, all of that, that whole process       11:22
I explained to you before, must have a website, must          11:22
have a privacy policy, et cetera, et cetera, must be          11:22
legitimate, and have to be checked on LinkedIn, et            11:22
cetera.                                                        11:22

Q.    So, just to be clear, a company could not just          11:22

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

go onto PUBLICNSA's website and select the information    11:22

they want, put in a credit card, and obtain information    11:22

back?    11:22

A.    And I know why you ask that.  It looks that    11:22

way, but that's not how it really is.    11:22

It looks like an automatic registration.  It's    11:22

not.    11:22

Everything comes to me, and I do that process.    11:22

You're not let into any automated asset of    11:22

BIGDBM unless it personally comes to me.    11:22

Q.    Okay.    11:23

A.    I have to okay it.  It's a whole process.    11:23

MR. O'DONNELL:  Sorry.  Can we take a brief    11:23

recess?    11:23

Sorry.  I need like three minutes.    11:23

MS. BANNETT:  Can I ask one follow-up    11:23

question?    11:23

MR. O'DONNELL:  Sure.    11:23

MS. BANNETT:  Okay.    11:23

BY MS. BANNETT:    11:23

Q.    So before -- before PUBLICNSA provides any    11:23

data or take --    11:23

Scratch that.  Before NSA takes on anyone as a    11:23

customer, Mr. Mack, you personally vet that customer; is    11:23

that correct?    11:23

Page 107

Q.    Okay.  And you check their -- I think you said    11:38
their SSI?    11:38

A.    SSL.    11:38

Q.    SSL.  Sorry.    11:39
SSL certificate?    11:39
Do you reach out to any contacts to provide    11:39
any further verification of the new customer?    11:39

A.    Occasionally.    11:39

Q.    Okay.  And -- do you talk on the phone to    11:39
confirm information about a new customer?    11:39

A.    Yes.    11:39

Q.    And you E-mail people to get information about    11:39
the customer?    11:39

A.    Yes.    11:39

MR. O'DONNELL:  Can you repeat that question.    11:39

MS. BANNETT:  Oh.  "Do you E-mail contacts?"    11:39

MR. O'DONNELL:  Thanks.    11:39

BY MS. BANNETT:    11:39

Q.    And who are you -- contacting to get    11:39
information about a new customer?    11:40

A.    I've already explained the process I use.    11:40
If I have to pick up a phone or E-mail    11:40
someone -- people I know.    11:40

Q.    Okay.  So people that you -- people that you    11:40
know?    11:40

Page 112

A.    Yes.                                          11:40

Q.    Opinions you trust?                           11:40

A.    Yes.                                          11:40

Q.    Are any of the people that you call to verify    11:40
new customers located in New Jersey?                11:40

A.    Never.                                        11:40

Q.    Are any of the people that you E-mail located    11:40
in New Jersey?                                      11:40

A.    I don't know where everyone lives.  I don't.    11:40
I'm sorry.  I can't say "yes" or "no."             11:41
Maybe.                                             11:41

Q.    Okay.  So, once you've looked at all this       11:41
information and you've decided to accept a customer, do    11:41
you have an NDA with the customer?                  11:41

A.    Yes.                                          11:41

Q.    Okay.  And do you use a standard form NDA from    11:41
PUBLICNSA?                                          11:41

A.    Yes.                                          11:41

Q.    Do you ever specifically negotiate terms with    11:41
the customer.                                       11:41

A.    Excuse me?                                    11:41

Q.    Do you ever specifically negotiate terms?       11:41

A.    Not --                                        11:41
In an NDA?                                          11:41
Yes.                                               11:41

Page 113

Q.    And is that usually by video conference?    11:41

A.    I wouldn't say "usually," but --    11:42

Video conference, yes.    11:42

Q.    Okay.  It could be by video conference or by    11:42

phone?    11:42

A.    Yes.    11:42

Q.    Okay.  By E-mail?    11:42

A.    Yes.    11:42

Q.    Is it ever by in-person meeting?    11:42

A.    Never.    11:42

Q.    Do you have an MSA?    11:42

A.    Yes.    11:42

Q.    Okay.  And every customer has to sign the MSA?    11:42

A.    Yes.    11:42

Q.    And that is sometimes specifically negotiated?    11:42

A.    Yes.    11:42

Q.    Okay.  And is there an SOW?    11:42

A.    Yes.    11:42

Q.    Okay.  Are all requests for information from    11:42

PUBLICNSA made pursuant to an SOW?    11:42

A.    Please clarify.    11:43

Q.    Okay.  I'm a new customer.  You've approved    11:43

me.  I've signed the -- I've signed the NDA.  I've    11:43

signed the MSA.    11:43

And now I want -- let's say all information in    11:43

Page 114

your PII file for people on the Eastern Seaboard between    11:43

the ages of, I don't know, 25 and 60.    11:43

       Is that -- is that a typical request that    11:43

could be made in -- pursuant to your UDW, Universal Data    11:43

Warehouse Consumer PII File?    11:43

A.    Yes.    11:44

Q.    Okay.  So, if I made that request, is that    11:44

request made in that statement of work?    11:44

A.    The request, no.    11:44

Q.    Okay.    11:44

A.    The statement of work is designed for after    11:44

you've negotiated a deal and it clearly states what the    11:44

deal is.    11:44

Q.    I see.    11:44

       But before -- before you generate any data --    11:44

A.    Yes.    11:44

Q.    -- it has to be memorialized in a statement of    11:44

work; is that correct?    11:44

A.    Yes.    11:44

Q.    Okay.  And the statement of work is something    11:44

that both parties sign?    11:44

A.    Yes.    11:44

Q.    If I'm a returning customer, do I also --    11:44

       Let's say I wanted to now --    11:44

       I said, "Oh, I want to extend this data    11:44

Page 115

through to Illinois."　　11:44

Would I need to do a new statement of work?　　11:44

A.　Yes.　　11:44

Q.　Okay.  So there's --　　11:44

Even once I've been verified and I become a customer of PUBLICNSA, I can't just go on to the website and ask for whatever I want on the website and swipe a credit card?　　11:45

A.　No one uses that system.　　11:45

Q.　Okay.  So for every --　　11:45

Before -- before any information is provided to a new -- to an existing customer, there has to be a governing statement of work covering that information; is that correct?　　11:45

A.　Yes.　　11:45

Q.　And, Mr. Mack, are you the party from PUBLICNSA that signs the statement of work on behalf of PUBLICNSA?　　11:45

A.　Yes.　　11:46

Q.　And under this specific product, the UDW Consumer PII File, a customer could ask for all information in the file for the state of New Jersey; correct?　　11:46

A.　No.　　11:47

Q.　Why not?　　11:47

Page 116

A.   You could never receive the data that's been opted out, so I can't accept "all information."   11:47

Q.   Okay.  But you can ask for the information -- all disclosable information in the -- that you --   11:47

Strike that.   11:47

A customer could ask for only the information in the PII file for New Jersey, and you would return that information subject to any opt-outs that you had approved?   11:47

A.   Yes.   11:47

Q.   Okay.  And so, if I'm making that request as a customer who's been approved, the information that would be returned from that product would include name of New Jersey residents; correct?   11:47

A.   Yes.   11:48

Q.   It would show their home address?   11:48

A.   Yes.   11:48

Q.   And it would show their personal phone numbers?   11:48

A.   No.   11:48

Q.   Would it show any phone numbers?   11:48

A.   No.   11:48

Q.   So the Consumer -- DDW Consumer PII file --   11:48

Does the Consumer PII file contain phone numbers?   11:49

Page 117

Q.    Okay.  Now, before, when you gave me that 30    11:59
times number, you clarified, first, that we're only    11:59
talking about the UDW Consumer PII File.    11:59

If we broaden that out to any requests for New    11:59
Jersey home addresses or phone numbers, how many times    11:59
has -- how many times has PUBLICNSA provided New Jersey    11:59
home addresses to customers since December 2023?    11:59

A.    To the best of my knowledge, that could be    11:59
that 30 number.    11:59

Q.    Okay.  And that includes people who are not    11:59
specifying New Jersey; correct?    12:00

A.    Yes.    12:00

Q.    Is there a different process to become a    12:00
PUBLICNSA customer for any of your products?    12:00

A.    No.    12:00

Q.    Okay.  So it's the same process we already    12:00
discussed, where you're doing the vetting, signing an    12:00
NDA, an MSA, a statement of work for any -- for any    12:00
product that PUBLICNSA offers?    12:00

A.    99.99 percent of the time, yes.    12:00

Q.    Okay.  Tell me about that point, whatever, 1    12:00
percent that isn't included.    12:01

A.    If you bought something, of which we had three    12:01
people do, for a very small amount, you -- from an    12:01
automated process on our website, you would have to --    12:01

Page 123

A.    To the best of my knowledge it's 30 times.    12:13

Q.    Okay.  And is that something that you looked at in preparation for this deposition?    12:13

A.    Yes.    12:13

Q.    Okay.  For the three customers that transacted on the web, were any of those customers from New Jersey?    12:13

A.    I don't believe so.    12:14

Q.    Okay.  And did any of them request New Jersey home addresses?    12:14

A.    No.    12:14

Q.    Did any request New Jersey telephone numbers?    12:14

A.    No.    12:14

Q.    Okay.  Since December 2023 how many customers has PUBLICNSA had from New Jersey?    12:14

A.    Three plus one where they're not registered in New Jersey but their accountant is, for a total of four.    12:15

Q.    Okay.  And what are those four customers?    12:15

A.    Okay.  Switching to the four customers.    12:15

Four is a new customer in 2025.    12:16

Page 131



Page 134



Page 137



Page 138



Page 139



Page 142



Page 143

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

MS. BANNETT:  I'm interested in the effects test.    12:37

MR. O'DONNELL:  The effects --    12:37

No.  I instruct him not to answer it.    12:37

BY MS. BANNETT:    12:37

Q.    Are you accepting your counsel's instruction?    12:37

A.    Always.    12:37

Q.    Are PUBLICNSA customers allowed to sell on data they obtain from PUBLICNSA?    12:38

A.    Excuse me.    12:38

Let me put my phone away for a minute.    12:38

Excuse me.    12:38

We don't get involved with that.    12:38

Q.    Okay.  But your terms --    12:39

The NDA doesn't -- does not preclude that; is that correct?    12:39

A.    It wouldn't be the NDA.    12:39

Q.    Okay.  And is there any other terms in the    12:39

Page 144

either MSA or SOW that would preclude that?    12:39

    A.    Anything to do with the MSA I would refer to    12:39
my other group of attorneys.    12:39

    Q.    Okay.  But you're not aware of any provision    12:39
as you sit here today that would preclude your customer    12:39
from further disclosing or further selling the    12:39
information that you provide?    12:39

    A.    No.    12:39

    MS. BANNETT:  Why don't we take maybe like 30    12:39
minutes for lunch and come back, and I'm going to take    12:39
that time to try and --    12:39

    MR. O'DONNELL:  How much longer do you    12:39
anticipate going, to be honest?    12:39

    MS. BANNETT:  That's -- that why I'm going to    12:40
try to take that time, to figure out what -- what else I    12:40
need to do, if anything; okay?    12:40

    MR. O'DONNELL:  I mean, can that be done in    12:40
five minutes?    12:40

    I mean, some of us are on the East Coast, as    12:40
you know, so the sooner --    12:40

    And it's Friday, and it's almost Christmas, so    12:40
the sooner we finish the better.    12:40

    Happy to --    12:40

    We'd be happy to wait five minutes if that's    12:40
what you need.    12:40

Page 145



Page 148



Page 149



Page 150

Q.   Okay.  What --                                    01:17

Is this a different product under the Big             01:18

Data?                                                 01:18

A.   Yeah, this is a consumer demographic file.       01:18

Q.   Okay.  And how is --                             01:18

How is information in the consumer demographic        01:18

data file different from in the UDW Consumer PII File?  01:18

A.   You're dealing with an ID company.  We're very   01:18

literal.                                              01:18

Consumer PII file only contains PII.  Consumer        01:18

demographic is just demographic.                      01:18

Q.   Okay.  But this is a product under Big Data       01:18

that, if you make a request, it will give you the names  01:18

and addresses at least of residents including New Jersey  01:18

residents; is that correct?                           01:19

A.   That's correct.                                  01:19

Q.   Okay.  And this also provides phone numbers       01:19

for New Jersey residents; correct?                    01:19

A.   Depends on if you --                             01:19

Not this product.  It depends on what you --          01:19

what the requirements are.                            01:19

That's another product.                              01:19

Q.   Well, if you'll just go to the top of the        01:19

first page of the -- of the website part of the exhibit,  01:19

so page 2 of the exhibit under -- there it says       01:19

Page 154

"demographic data USA coverage," do you see that?                01:19

A.    Sure, yes.                01:19

Q.    And then in the next sentence do you see it                01:19
says -- discusses what's -- says "The consumer                01:19
demographic data is comprised of over 80 sources and                01:19
includes over 400 different data points for each                01:19
individual in a household with complete PII, including                01:19
name, address, E-mail phone, and IP addresses"?                01:19

A.    So you're looking at our marketing.                01:19

MR. O'DONNELL:  Brad, just answer the                01:20
question.                01:20

THE WITNESS:  Say it again.                01:20

MR. O'DONNELL:  Just answer the question.                01:20

THE WITNESS:  You would have to request "I'd                01:20
like a file with demographics, phone numbers, E-mails                01:20
and PII."                01:20

BY MS. BANNETT:                01:20

Q.    Okay.  So you can request which of these                01:20
categories of information you want to receive; is that                01:20
right?                01:20

A.    Yes.                01:20

Q.    Okay.  And does it cost more to get more                01:20
categories of information?                01:20

A.    Yes.                01:20

Q.    And by that same token, if you're asking --                01:20

Page 155

when you're asking for this stuff, you could ask for a    01:20

specific state or an MSA; correct?    01:20

    A.    Yes.    01:20

    Q.    And does it cost more to add a larger    01:20

geographical area?    01:20

    A.    Yes.    01:20

        MS. BANNETT:  Let's play something.  Give me    01:21

one second.    01:21

        Okay.  Let's take a look at Tab C.    01:21

        Let's mark that as Exhibit 3.    01:22

        (Exhibit Number 3 was marked for    01:22

        Identification.)    01:22

        THE WITNESS:  You uploaded something?    01:22

        MR. NOLAN:  In just a second, Brad.    01:22

        I'm getting a little bit of slowness on -- on    01:22

this upload.  It seems to be processing slowly.    01:22

        I'm sorry.  Mr. Mack.    01:22

        Okay.    01:22

        MS. BANNETT:  If it ends up being a problem,    01:23

let's do just a share screen.    01:23

        Let's give it one more minute, because I think    01:23

it will be easier if Mr. Mack can control the document    01:23

for himself, but --    01:23

        MR. NOLAN:  Yeah, it's on the final load.    01:23

        MS. BANNETT:  I want to keep it moving.    01:23

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

-- the grab of data from BIGDBM's website.    01:24

You can see the exact URL on that first page    01:24
as well.    01:24

And then, if you scroll down --    01:24

It's quite a long document, about 39 pages.    01:24

Is this PUBLICNSA's privacy policy?    01:24

A.    As of today, yes.    01:25

Q.    Okay.  And I'm interested in something on page    01:25
33.  I don't know how easy that is to scroll to, but if    01:25
you --    01:25

If you can do a find in here --    01:25

A.    I'm there.    01:25

Q.    Okay.    01:25

A.    Is it the physical page or --    01:25

Q.    The page of the .pdf is page 33.    01:25

A.    Got it.    01:25

Q.    Let me know when you're there, and I can tell    01:25
you, because I'm interested in one specific portion of    01:25
this only.    01:25

A.    Please do.  I'm there.    01:25

Q.    Okay.  So there's only one large paragraph on    01:25
the page, and it starts with information on consumer    01:26
requests we've received.    01:26

Do you see that?    01:26

A.    Not on my page 33.  It says 33 of --    01:26

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

It would be great if we could stick to the issue of personal jurisdiction.

BY MS. BANNETT:

Q.   Are you accepting that instruction, Mr. Mack?

A.   Yes.

Q.   Is one of the reasons that you so carefully vetted New Jersey customers to ensure that your data stays in safe hands?

MR. O'DONNELL:  Objection to the form and objection to the question, which is outside the scope of the deposition, and I instruct my client not to answer.

BY MS. BANNETT:

Q.   Are you accepting that instruction?

A.   Yes.  Yes.

Q.   Mr. Mack, what is PUBLICNSA's mission?

MR. O'DONNELL:  You can answer that, Brad.

THE WITNESS:  To --

MR. O'DONNELL:  Object to the form -- excuse me -- but go and answer as best you can.

THE WITNESS:  To protect the US data assets.

BY MS. BANNETT:

Q.   What do you mean by that?

A.   Secure privacy, making sure that data doesn't get into the hands of bad players.

Q.   And that's because you're aware that there

Page 173

I, CAROL S. NYGARD, a Certified Shorthand Reporter of the State of California, duly authorized to administer oaths, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings review of the transcript [ ] was [X] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any witness or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name:

Dated: 12/23/25

CAROL S. NYGARD CSR #4018

Page 176