**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE 1, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, and PATRICK COLLIGAN, <br><br> Plaintiffs, <br><br> v. <br><br> TRUECALLER AB, TRUECALLER INTERNATIONAL LLP, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Civil Action No.: 25-cv-7650-HB <br><br> Honorable Harvy Bartle III, U.S.D.J. |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

*Attorneys for Plaintiffs*

**PEM LAW LLP**
Rajiv D. Parikh, Esq.
Katheleen Barnett Einhorn
Jessica Merejo, Esq.
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Telephone: (973) 577-5500
Email: rparikh@pemlawfirm.com
        keinhorn@pemlawfirm.com
        jmerejo@pemlawfirm.com

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs Atlas Data Privacy Corporation ("Atlas"), *as assignee of individuals who are Covered Persons*, JANE DOE 1, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, and PATRICK COLLIGAN (collectively, "Plaintiffs"), by and through their undersigned attorneys, respectfully move for leave to amend Plaintiffs' Complaint to substitute Defendants Truecaller AB, Truecaller International LLP, Richard Roes 1-10, and ABC Companies 1-10 (collectively, "Defendants") in place of True Software Scandinavia, AB.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs' proposed Amended Complaint is filed herewith.

**PLEASE TAKE FURTHER NOTICE** that a copy of the proposed Amended Complaint, indicating in what respects it differs from the pleading it proposes to amend, is filed herewith.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Plaintiffs will rely upon the Declaration of Jessica A. Merejo.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs conferred with counsel for Defendant True Software Scandinavia AB, who advised that they do not represent either of the newly named Defendants.

**PLEASE TAKE FURTHER NOTICE** that pursuant to L. Civ. R. 7.1(c)(2) and L. Civ. R. 78.1, this motion is returnable on June 1, 2026; any opposition papers shall be filed by Defendants on or before May 18, 2026; and any reply papers shall be filed by Plaintiffs on or before May 26, 2026.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs respectfully request oral argument if a timely opposition is filed.

2

Respectfully submitted,

Dated: May 8, 2026

By: */s/ Julia R. Livingston*
JULIA R. LIVINGSTON

**PEM LAW LLP**
Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Telephone: (973) 557-5500
Email: rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jmerejo@pemlawfirm.com

*Attorneys for Plaintiffs*

3