UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

CAMDEN OFFICE:                                   DATE OF PROCEEDINGS:

JUDGE: Harvey Bartle III                          June 2, 2026

COURT REPORTER:

OTHERS:                                          DOCKET NO:

                                                  25-cv-7650

TITLE OF CASE:

Atlas Data Privacy Corporation et al.

         v.

True Software Scandinavia AB et al.

APPEARANCES:
  Pls.:                             Def. True Software Scandinavia AB:
         Rajiv Parikh                      Kelly Purcaro
         Julia Livingston

NATURE OF PROCEEDINGS:

       Telephone call with counsel to discuss and set further briefing deadlines re: whether True Software Scandinavia AB has standing to oppose plaintiffs' motion for leave to file an amended complaint.

                                       /s/ Nicole Spicer
                         _____
                                       Deputy Clerk

Time Commenced:_____2:25 p.m._____Time Adjourned:_____2:50 p.m._____