IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY             :          CIVIL ACTION
CORPORATION et al.             :
                               :
        v.                     :
                               :
TRUE SOFTWARE SCANDINAVIA AB   :          NO. 25-7650
et al.                         :

ORDER

AND NOW, this 3rd day of June 2026, after a telephone conference with counsel, it is hereby ORDERED that:

(1)  True Software Scandinavia AB shall file, on or before June 16, 2026, a supplemental brief on the issue of its standing to oppose plaintiffs' motion for leave to file an amended complaint;

(2)  Plaintiffs shall file a responsive brief on or before June 30, 2026; and

(3)  No supplemental briefs will be required if, prior to June 16, 2026, Truecaller AB and Truecaller International LLP will be represented by counsel to challenge the motion of plaintiffs for leave to file an amended complaint.

BY THE COURT:

/s/   Harvey Bartle III
                                                    J.