IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| TRUE SOFTWARE SCANDINAVIA AB, et al. | : | NO. 25-7650 |

ORDER

AND NOW, this 26th day of August 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of plaintiffs for leave to file an amended complaint (Doc. #46) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.